UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUBY WALTERS,

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC.,

    Defendant.

_____/

Case No. 1:23-cv-477

HONORABLE PAUL L. MALONEY

## ORDER OF DISMISSAL

On November 28, 2023, a Notice of Intent to Dismiss as to Defendant Midland Credit Management, Inc. issued for failure to provide documents effectuating settlement (ECF No. 25). On December 19, 2023, an Order issued extending the deadline by which to file the documents to January 17, 2023 upon motion by the parties (ECF No. 29).  Having received no response from either party since the extension was granted:

**IT IS HEREBY ORDERED** that this matter **DISMISSED** as to Defendant Midland Credit Management, Inc. without prejudice.

Dated:  January 23, 2024

  /s/  Paul L. Maloney
Paul L. Maloney
United States District Judge